UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-01132-JLK

**THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, a North Dakota non-profit corporation;**

　　**Plaintiff,**

vs.

**BELLA VISTA STUCCO, INC., a Colorado corporation,**

　　**Defendant.**

---

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

---

**The** parties' Joint Motion for Dismissal With Prejudice (doc. #22), filed October 15, 2010, is **GRANTED**. It is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney fees.

**DATED** this 18th day of October 2010.

　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　_s/John L. Kane_____
　　　　　　　　　　　　　　United States District Court Judge

4845